**HOMESITE INSURANCE COMPANY,**
**Plaintiff–Appellee,**

v.

**Kyle RALEY, Defendant–Appellant,**

and

**Patrick Stapleton; Mikal Stapleton,**
**Defendants.**

No. 14–2207.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2015.

Decided: July 1, 2015.

Mark T. Foley, Sasscer, Clagett & Bucher, Upper Marlboro, Maryland, for Appellant. Robert M. Hardy, Jordan Coyne LLP, Fairfax, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kyle Raley seeks to appeal the district court's order granting default judgment against his co-defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Raley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. The case is still ongoing against Raley, as there has been no order entered dismissing him from the suit or entering judgment for or against him. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*